EXHIBIT A

```
 1  John Aguirre (No. 004926)
    TREON AGUIRRE NEWMAN & NORRIS
 2  A Professional Association of Lawyers
    2700 N. Central Avenue, Suite 1400
 3  Phoenix, Arizona 85004-1133
    Telephone   (602) 285-4400
 4  Facsimile   (602) 285-4483
    Firm e-mail: treonfirm@treonfirm.com
 5
    and
 6
    Brett L. Slavicek (No. 019306)
 7  BRETT L. SLAVICEK, P.C.
    2700 N. Central Avenue, Suite 1400      ORIGINAL
 8  Phoenix, Arizona 85004-1133
    Telephone   (602) 285-4425
 9
10  Attorneys for Plaintiff
11              SUPERIOR COURT STATE OF ARIZONA
12                   COUNTY OF MARICOPA
13  CHARLES R. GARCIA, a single man;
                                          NO.  CV2010-014972
14              Plaintiff,
15     v.
                                          SUMMONS
16  LIBERTY ELEMENTARY SCHOOL
    DISTRICT NO. 25 of Maricopa County, a
17  political subdivision of the State of Arizona;
    CITY OF GOODYEAR, an Arizona municipal
18  corporation; BLACK CORPORATIONS I-X;    IF YOU WANT THE ADVICE OF A
    and JOHN DOES I-X,                     LAWYER, YOU MAY WISH TO CONTACT
19                                         THE LAWYER REFERRAL SERVICE AT
                Defendants.                   602-257-4434 OR ON-LINE AT
20                                         WWW.LAWYERFINDERS.ORG. LRS IS
                                            SPONSORED BY THE MARICOPA
21                                            COUNTY BAR ASSOCIATION

22  THE STATE OF ARIZONA TO THE DEFENDANTS:
23
24      LIBERTY ELEMENTARY SCHOOL DISTRICT NO. 25 of Maricopa County,
                    a political subdivision of the State of Arizona;
25
            CITY OF GOODYEAR, an Arizona municipal corporation;
26
```

*BLACK CORPORATIONS I-X*
*JOHN DOES I-X*

   **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. If you have signed a Waiver of Service of Summons, you must appear and defend within sixty (60) days after the Request for Waiver of Service was sent to you. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4, 4.1; A.R.S. §§ 20-222, 28-502, 28-503.

   **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

   **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiffs' attorney. RCP 10(d); A.R.S. §12-311; RCP 5. Requests for reasonable accommodation for persons with

2

1 disabilities must be made to the division assigned to the case by parties at least three judicial days in
2 advance of a scheduled court proceeding.

3     The names and addresses of plaintiffs' attorneys are:

4 TREON AGUIRRE NEWMAN & NORRIS
2700 North Central Avenue, Suite 1400
5 Phoenix, Arizona 85004-1133

6 **SIGNED AND SEALED** this date:   **MAY 07 2010**

7     MICHAEL K. JEANES, CLERK
    CLERK OF THE SUPERIOR COURT

8

9     By _____
        Deputy Clerk

10

3

John Aguirre (No. 004926)
TREON AGUIRRE NEWMAN & NORRIS
A Professional Association of Lawyers
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133
Telephone    (602) 285-4400
Facsimile    (602) 285-4483
Firm e-mail: treonfirm@treonfirm.com

and

Brett L. Slavicek (No. 019306)
BRETT L. SLAVICEK, P.C.
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133
Telephone    (602) 285-4425

Attorneys for Plaintiff

COPY
MAY 0 7 2010

## SUPERIOR COURT STATE OF ARIZONA
## COUNTY OF MARICOPA   CV2010-014972

| | |
|---|---|
| CHARLES R. GARCIA, a single man; <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY ELEMENTARY SCHOOL DISTRICT NO. 25 of Maricopa County, a political subdivision of the State of Arizona; CITY OF GOODYEAR, an Arizona municipal corporation; and JOHN DOES I-X, <br><br> Defendants. | NO. <br><br><br> COMPLAINT |

Plaintiff alleges:

1.   Plaintiff Charles R. Garica is resident of the State of California. The events alleged in this Complaint occurred in Maricopa County, Arizona.

2.   Defendant Liberty Elementary School District No. 25 of Maricopa County ("the School District") is a political subdivision of Arizona that includes the Estrella Mountain Elementary School in Goodyear, Arizona, which is in Maricopa County.

3. Defendant The City of Goodyear (the "City") is an Arizona municipal corporation.

4. John Does I-X are persons, partnerships, unincorporated associations subject to suit in a common name whose names are unknown to plaintiffs and whose fault was a cause of plaintiff's injuries, including but not limited to the person or entity or individual responsible for suspending a metal chain described below.

5. On May 8, 2009, at about 7:25 pm (dusk), plaintiff Charles Garcia, was operating a motorcycle, on a road or driveway leading to a cul-de-sac parking area adjacent to the athletic fields and outdoor recreational areas near Estrella Mountain Elementary School, when he struck a metal chain which had been suspended between two posts across the road or driveway at the cul-de-sac. The chain he struck had once been painted yellow, but the paint has worn off, and the chain did not have any signs or visible marking hanging on it, and was not easily visible.

6. The Defendant School District and Defendant City controlled and had responsibility to maintain the road or driveway and the chain, and owed a duty to vehicles on the road or drive where the accident occurred. Defendants unreasonably endangered vehicle drivers, especially motorcyclists, by negligently constructing, placing, allowing, and failing to maintain the metal chain suspended between the posts that Plaintiff struck, and by failing to provide and maintain adequate warnings, paint, markings, and lighting needed to make the chain reasonably visible to drivers at this location.

7. As a result of the negligence of defendants, plaintiff Charles R. Garica sustained severe injuries; has suffered pain, anxiety and emotional distress; has incurred expenses for medical treatment and will incur additional medical expenses in the future; and has lost income, will lose income in the future, and has suffered impairment to his earning capacity.

8. The total amount of damages to plaintiff are presently unknown, but exceed the jurisdictional minimum of this court.

9. Plaintiff served a Notice of Claim upon defendants District and City pursuant to A.R.S. §12-821.01 on November 3, 2009 and November 4, 2009.

2

WHEREFORE, plaintiff prays for judgment against defendants, as follows:

1. For general damages in an amount determined by the jury to be fair and reasonable;

2. For special damages incurred to date and to be incurred in the future in an amount to be proved at trial;

3. For plaintiff's costs; and,

4. For such other and further relief as the Court deems proper.

DATED this 7th day of May, 2010.

TREON AGUIRRE NEWMAN & NORRIS, P.A.

By _____
John Aguirre
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133

and

Brett L. Slavicek
BRETT L. SLAVICEK, P.C.
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133

Attorneys for Plaintiffs

ORIGINAL of the foregoing filed with
the Clerk of the Court this 7th day of
May, 2010.

3

```
1  John Aguirre (No. 004926)
   TREON AGUIRRE NEWMAN & NORRIS
2  A Professional Association of Lawyers
   2700 N. Central Avenue, Suite 1400
3  Phoenix, Arizona 85004-1133
   Telephone   (602) 285-4400
4  Facsimile   (602) 285-4483
   Firm e-mail: treonfirm@treonfirm.com
5
   and
6
   Brett L. Slavicek (No. 019306)
7  BRETT L. SLAVICEK, P.C.
   2700 N. Central Avenue, Suite 1400
8  Phoenix, Arizona 85004-1133
   Telephone   (602) 285-4425
9
10 Attorneys for Plaintiff
```

COPY
MAY 0 7 2010

SUPERIOR COURT STATE OF ARIZONA

COUNTY OF MARICOPA

CV2010-014972

| | |
|---|---|
| CHARLES R. GARCIA, a single man; | |
| Plaintiff, | NO. |
| v. | CERTIFICATE OF COMPULSORY ARBITRATION |
| LIBERTY ELEMENTARY SCHOOL DISTRICT NO. 25 of Maricopa County, a political subdivision of the State of Arizona; CITY OF GOODYEAR, an Arizona municipal corporation; BLACK CORPORATIONS I-X; and JOHN DOES I-X, | |
| Defendants. | |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs does exceed the limits set by

Maricopa County Local Rule 3.10 for compulsory arbitration. This case is not subject to the Rules of Civil Procedure for Arbitration.

DATED this 7th day of May, 2010.

TREON AGUIRRE NEWMAN & NORRIS, P.A.

By *(signed)*
John Aguirre
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133

and

Brett L. Slavicek
**BRETT L. SLAVICEK, P.C.**
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133

Attorneys for Plaintiffs

ORIGINAL of the foregoing filed with the Clerk of the Court this 7th day of May, 2010.

2